## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JOSEPH VALERIO**
**Register No. 83257-053**
USP TUCSON
9300 South Wilmot Road
Tucson, AZ 85756

      Plaintiff,

      v.

UNITED STATES OF AMERICA

      Defendant.

**FILED**

**AUG 2 5 2020**

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

5:20 cv 185
Bailey
Mazzone
Blalock

## COMPLAINT UNDER THE FEDERAL TORT CLAIMS ACT

Plaintiff, Joseph Valerio, proceeding **pro se**, files this suit for damages against the United States of America under 28 U.S.C. § 2671, et seq., the Federal Tort Claims Act ("FTCA") for negligent failure to 1) protect me from attack by prison inmates on two occasions, which attacks occurred while I was incarcerated within the federal prison system and 2) provide me with necessary medical and mental health treatment for the injuries sustained as a result of the two attacks by prison inmates.

### NATURE OF THE CASE

1.  This case is being brought to recover for the negligent acts of the Federal Bureau of Prisons' employees who directly permitted me to be brutally assaulted at both USP Hazelton and FCI Hazelton by prison inmates who had knowledge of my child pornography and sexual exploitation of children convictions.
2.  As a result of these attacks, I suffered physical injuries, which have caused me extreme physical and mental pain. Specifically, I suffered blows to various parts of my body including but not limited to my head, face, ribs and back. I was also stabbed with a sharp object.
3.  Following the first attack, I was treated at the University of West Virginia Hospital, where doctors performed immediate surgery on my jaw and placed staples in my skull.
4.  Upon my release from the hospital, I was placed in the Special Housing Unit at FCI Hazelton, where an inmate who had knowledge of my convictions assaulted me. I did not receive necessary medical and mental health treatment following my surgery and subsequent physical attack while at FCI Hazelton.
5.  While at USP Tucson, I have had a subsequent oral surgery which is directly related to the attacks at USP Hazelton and FCI Hazelton. I continue to suffer

1

from both physical and medical conditions on a daily basis as a result of the Hazelton attacks.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1346(b)(1) as this claim is brought against the United States of America under the FTCA, 28 U.S.C. §§2671, et seq.
7. This Venue is appropriate in this Court pursuant to 28 U.S.C. §1402(b), as all events which give rise to this cause of action occurred in the Northern District of West Virginia.

## PARTIES

8. I, the Plaintiff, Joseph Valerio, am a fifty-four year old New York resident who was convicted pursuant to the United States Federal Criminal Code and is currently a prisoner in the custody of the BOP. I am currently incarcerated in USP Tucson in Pima County, Arizona.
9. The Defendant, United States of America, is a sovereign entity named pursuant to the FTCA.

## EXHASTION OF ADMINISTRATIVE REMEDIES

10. Pursuant to 28 U.S.C. §2675, I have exhausted my administrative remedies by presenting to the BOP a Form 95 Claim for damage, Injury, or Death on August 1, 2019, a copy of which is attached as Exhibit A. On March 2, 2020, Michael D. Frazier, Regional Counsel for the Federal Bureau of Prison's Mid-Atlantic Region sent me a letter denying my claims (Administrative Claim Number TRT-MXR-2020-00367), a copy of which is attached as Exhibit B. This complaint is dated August 21, 2020, less than six months after the denial of my administrative complaint.
11. Although my Form 95 claim was submitted by attorney Jay McCamic, he no longer represents me and I am proceeding pro se in this action.

## FACTUAL BACKGROUND

12. In August of 2017, I was transferred from MDC Brooklyn to USP Hazelton in Hazelton, West Virginia after my convictions for child pornography and sexual exploitation of children charges.
13. On August 29, 2017, I was brutally assaulted by five inmates in my cell who had knowledge of my convictions and inflicted traumatic force blows to my head, face and ribs. During this attack, I was also stabbed with a sharp object by one of the inmates.
14. I collapsed on the floor and was taken to the University of West Virginia Hospital. I had immediate surgery on my jaw (plates and screws drilled through my teeth) and staples were placed in my skull. I was hospitalized, and released on September 1, 2017.

2

15. Following this attack, I was placed in the Special Housing Unit at FCI Hazelton, where I was attacked by an inmate, who had knowledge of my convictions and used my wheelchair to assault me.

16. Subsequent to this attack, I did not receive necessary medical and mental health treatment due to the injuries sustained during the two attacks.

17. As a result of the two attacks, I have sustained many continuing injuries. After being transferred to USP Tucson, I had subsequent oral surgery. I still suffer daily from mandible pain, extreme hearing loss and can't bite or chew food normally as I bite into the sides of my mouth causing extreme pain.

18. I am in the process of attempting to obtain a mouthpiece to assist with my mouth pain and attempting to obtain hearing aids. I may need additional oral surgery in the near future. However, due to the COVID-19 pandemic and limited medical care at USP Tucson at this time, it is unclear when I will receive these items and subsequent oral surgery, if at all.

19. As a result of the Hazelton attacks, I also suffered severe head trauma and concussion syndrome, which currently manifests itself as severe dizzy spells, vomiting, head pressure to the point of nose bleeds and increasingly slurred speech.

20. I initially had to use a walker and still have to use a cane to walk. Because of the head trauma, I suffer from the feeling of falling over when walking; I have no control of my balance.

21. I also suffer from severe back pain, leg pain and full body nerve pain and numbing in certain areas due to being kicked in my head and spine during the FCI Hazelton attack.

22. My depression has increased in severity as a result of my multitude of medical issues.

## COUNT ONE
## NEGLIGENCE (FAILURE TO PROTECT)

23. I incorporate by reference all of the allegations of paragraphs 1 through 22 as if fully stated herein.

24. Defendant United States of America is responsible for the oversight of its agents, servants and/or employees, who include officials and staff at federal correctional institutions. Pursuant to the Federal Tort Claims Act, the United States is liable for damages caused by the negligent or wrongful acts of its agents, servants, and/or employees acting within the scope of their employment, under circumstances where the United States, if a private person, would be liable in accordance with the laws of the state where the negligent or wrongful acts occurred.

25. Prison officials and staff have a duty to protect inmates from harm caused by other inmates. The officials and staff of USP Hazelton and FCI Hazelton owed this duty to me.

26. On August 29, 2017, prison staff and officials knew or should have known that I faced an unreasonable risk to my health and safety from attack by other inmates based on my crimes of conviction.

3

27. Prison officials and staff were further negligent as they failed to reasonably ensure that inmates were not in possession of weapons that could be used to injure other inmates or staff.

28. After I was attacked on August 29, 2017, hospitalized and subsequently transferred to the SHU at FCI Hazelton, prison staff and officials knew or should have known that I faced an unreasonable risk to my health and safety from attack by other inmates based on my crimes of conviction.

29. As a direct and proximate result of the aforementioned negligent actions and/or omissions by prison staff and officials, I was brutally assaulted and stabbed by inmates on two occasions and suffered serious personal injuries, pain and suffering, loss of life's pleasures, and emotional distress.

## COUNT TWO
## NEGLIGENCE (FAILURE TO PROVIDE NECESSARY MEDICAL CARE)

30. I incorporate by reference all of the allegations of paragraphs 1 through 22 as if fully stated herein.

31. Defendant United States of America is responsible for the oversight of its agents, servants and/or employees, who include officials and staff at federal correctional institutions. Pursuant to the Federal Tort Claims Act, the United States is liable for damages caused by the negligent or wrongful acts of its agents, servants, and/or employees acting within the scope of their employment, under circumstances where the United States, if a private person, would be liable in accordance with the laws of the state where the negligent or wrongful acts occurred.

32. Prison officials and staff have a duty to provide medically necessary health care in accordance with applicable standards of care. The officials and staff of USP Hazelton and FCI Hazelton owed this duty to me.

33. After I was attacked on August 29, 2017 in my cell at USP Hazelton and again in the SHU at FCI Hazelton after my release from the hospital on September 1, 2017, I did not receive medically necessary treatment and/or mental health treatment appropriate for my sustained injuries.

34. As a direct and proximate result of the aforementioned negligent actions and/or omissions by prison staff and officials, I have suffered and continue to suffer from serious personal injuries, pain and suffering, loss of life's pleasures, and emotional distress.

## REQUEST FOR RELIEF

I request that this Honorable Court grant judgment against the United States of America and relief in the form of:

a.  Compensatory Damages;
b.  Economic Damages;
c.  Costs of this suit; and
d.  Any other relief this Court deems necessary.


Respectfully Submitted,

/s/ Joseph Valerio
Joseph Valerio
**Register No. 83257-053**
USP Tucson
9300 South Wilmot Road
Tucson, AZ 85756

Mailing Address:

Joseph Valerio
**Register No. 83257-053**
USP Tucson
U.S. Penitentiary
P.O. Box 24550
Tucson, AZ  85734

5