**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6986

JOSEPH VALERIO,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:20-cv-00185-JPB-JPM)

Submitted:  January 17, 2023                            Decided:  January 20, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph Valerio, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

      Joseph Valerio appeals the district court's orders granting the Government's motion to dismiss or for summary judgment and dismissing his amended complaint brought under the Federal Tort Claims Act, denying his request for leave to conduct discovery, and denying his Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Valerio v. United States*, No. 5:20-cv-00185-JPB-JPM (N.D.W. Va. May 19 & June 28, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*